EAST BATON ROUGE PARISH
Filed Feb 01, 2022
Deputy Clerk of Court
C-715552
27

| | |
|---|---|
| JOSE LOPEZ VASQUEZ | SUIT NO.: _____ DIVISION: ___ |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| "CHRIS," GEORGE H. RATCHFORD, INC. AND GREAT WEST CASUALTY COMPANY | STATE OF LOUISIANA |

*************************************************************************

### PETITION FOR DAMAGES

*************************************************************************

NOW INTO COURT, through undersigned counsel comes plaintiff, **JOSE LOPEZ VASQUEZ**, a person of the full age of majority and residing in the Parish of East Baton Rouge, State of Louisiana, who with respect represents the following:

1.

Made defendants herein are the following:

   a. **"CHRIS,"** last name unknown at this time but having the telephone number on the date of this incident, (229) 298-7447 and upon information and belief, a resident of full age of majority domiciled in the state of Georgia and operating within the course and scope of his employment while driving an 18-wheeler for George H. Ratchford, Inc.

   b. **GEORGE H. RATCHFORD, INC** a foreign corporation who may be served through its registered agent for service of process: George H. Ratchford, 1890 Coleman Chapel Rd, Suite 640, Wadley GA, 30477-0640, USA.

   c. **GREAT WEST CASUALTY COMPANY** a foreign insurance company licensed to do business in the State of Louisiana who may be served through its registered agent for service of process: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, La 70809

2.

The defendants are justly and truly indebted unto Plaintiff for damages and losses sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

3.

On or about February 2, 2021, **JOSE LOPEZ VASQUEZ** was traveling on Florida Blvd. in East Baton Rouge Parish, Louisiana.

Certified True and Correct Copy
CertID: 2022020900206
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date:
2/9/2022 9:12 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

4.

On or about the same date and time defendant, "CHRIS," was driving an 18-wheeler Tractor Trailer behind JOSE LOPEZ VASQUEZ and rear-ended the vehicle he was operating on Florida Blvd.

5.

The resulting collision between the pick-up truck, tailer and the tractor trailer was the result of various acts of negligence on the part of "CHRIS." Additionally, his employer, GEORGE H. RATCHFORD, INC. is vicariously liable for his actions under the theory of *respondeat superior* and are also liable for its negligence in hiring and or retaining him in its employ. GREAT WEST CASUALTY COMPANY is liable *in solido* with both of these Defendants. This crash resulted in property damage to the vehicle JOSE LOPEZ VASQUEZ was operating and required that he undergo medical treatment and therapy for several months.

6.

Plaintiff is informed, believes and alleges that at the time of the accident the defendant, "CHRIS" was in the course and scope of his employment with GEORGE H. RATCHFORD, INC. and that he and said vehicle that he was operating were insured by a policy of insurance issued by GREAT WEST CASUALTY COMPANY. Upon information and belief, the insurance policy was in full force and effect at the time of the accident, and the available insurance inures to the benefit of Plaintiffs under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269.

**WHEREFORE, PLAINTIFF PRAYS** that the defendants be served with a copy of the petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the plaintiff in this matter, and against the defendants, for the following to the extent it is proven at trial:

(1) Past, present, and future mental pain, anguish, and suffering;

(2) Past, present, and future physical pain and suffering;

(3) Past, present, and future loss of enjoyment of life;

(4) Past, present, and future medical expenses;

(5) Past, present, and future physical disability and impairment;

(6) Past, present and future loss of wages;

(7) Impairment of earning capacity;

Certified True and Correct Copy
CertID: 2022020900206
Doug Welborn
East Baton Rouge Parish
Clerk of Court
Generated Date: 2/9/2022 9:12 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(8) All litigation expenses and costs allowable by law;

(9) Reasonable attorney fees; and

(10) All other forms of relief provided by law or equity together with legal interest from the date of judicial demand until paid.

Respectfully Submitted,

BOYKIN DARVILLE VALDES, LLC

C. CHADWICK BOYKIN (#29735)
11440 Lake Sherwood N, Suite C
Baton Rouge, LA 70816
Telephone: (225) 221-8291
Facsimile: (225) 208-6336
chad@lafirm.law

**PLEASE SERVE:**

**GEORGE H. RATCHFORD, INC**
Through its registered agent for service of process:
George H. Ratchford, 1890 Coleman Chapel Rd, Suite 640,
Wadley GA, 30477-0640

**GREAT WEST CASUALTY COMPANY**
8585 Archives Avenue, Baton Rouge, La 70809

02/01/2022 22:46   No.: R424 L1   P.004/004

Certified True and Correct Copy
CertID: 2022020900206

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
2/9/2022 9:12 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).